UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BUTLER,

       Plaintiff,

v.                                       Case No. 04-70342

UNITED STATES DEPARTMENT OF       Honorable Patrick J. Duggan
JUSTICE,

       Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTIONS FOR COURT ORDERS
TO THE REPORTER AND TO THE CLERK OF THE COURT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on SEPTEMBER 15, 2005.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

On April 29, 2005, this Court issued an Opinion and Order granting summary judgment

in favor of Defendant, the United States Department of Justice, and dismissing Plaintiff's

Complaint.  On August 29, 2005, Plaintiff filed a Motion for Court Order to the Clerk of the

Court to Provide Docket Journal and Description of Invoice Number 05-339 and Reason for

Payment Proceeding in Forma Pauperis and a Motion for Court Order to the Reporter of the

Court to Provide the Plaintiff a Listing of the Court Records Prepared for Appeal.

Plaintiff's first motion asks the Court to provide the Plaintiff with the "Docket Journal"

to "know and posses[s] a record of what has been transmitted to the United States Court of

Appeals for the Sixth Circuit for purposes of appeal." (Mot. for Ct. Or. to the Clerk at ¶ 1).

Because the Court is sending Plaintiff a copy of the docket, Plaintiff's motion is moot.

Plaintiff's second motion seeks "a statement from the Reporter to the Plaintiff/Appellant identifying those proceedings that have not been transcribed and filed." (Mot. for Ct. Or. to the Reporter at ¶ 1). Plaintiff's motion asks the Court to "Order the Reporter to provide a listing of the Court records prepared for appeal." (*Id.* at ¶ 3). According to Plaintiff, "it is necessary to obtain the requested information pertaining to Court records to prepare the Appendix to the [appellate] Brief." (*Id.*). It is unclear what Plaintiff is seeking. In this case, the Court did not hold any hearings and, therefore, there are no transcripts.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Court Order to the Clerk of the Court to Provide Docket Journal and Description of Invoice Number 05-339 and Reason for Payment Proceeding in Forma Pauperis is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Court Order to the Reporter of the Court to Provide the Plaintiff/Appellant a Listing of the Court Records Prepared for Appeal is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Francis L. Zebot, AUSA

3

James Butler, #160557
Newberry Correctional Facility
3001 Newberry Ave.
Newberry, MI 40868